### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

### CASE NO.  10-23250-CIV-ALTONAGA/Brown

**FABRICE LAZARRE**,

     Plaintiff,

vs.

**JPMORGAN CHASE BANK, N.A.** and
**EARLY WARNING SERVICES, LLC**,

     Defendants.

_____/

### <u>ORDER</u>

     **THIS CAUSE** came before the Court on Defendant, Early Warning Services, LLC's Motion to Dismiss Counts I and II of the Complaint and Memorandum of Law (the "Motion") [ECF No. 13], filed on November 16, 2010.  Plaintiff was required to file a response to the Motion no later than December 3, 2010.  To date, Plaintiff has not responded to the Motion.

     The Local Rules of the Southern District provide "each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days afer service of the motion.  Failure to do so may be deemed sufficient cause for granting the motion by default."  S.D. FLA. L.R. 7.1(c). Being fully advised, it is

     **ORDERED AND ADJUDGED** as follows:

     1.     The Motion **[ECF No. 13]** is **GRANTED**.

     2.     Counts I and II of the Complaint are **DISMISSED** without prejudice.

Case No. 10-23250-CIV-ALTONAGA/Brown

**DONE AND ORDERED** in Chambers at Miami, Florida, this 8th day of December, 2010.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record

2